UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPLORER INSURANCE COMPANY,<br>            Plaintiff,<br>     v.<br>ANDREW NOLEN, RYLEE NOLE, RICHARD STEVEN DOWELL, JAMES F. BUMB, JAMES W. BUMB dba BUMB CONSTRUC-TION, BUMB CONSTRUCTION, and DOES 1 through 10, and COMPANIES RED, WHITE, AND BLUE,<br>            Defendants. | CIV. S-05-369 GEB DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

        The "Joint Disclosures Pursuant to Rule 26(f)," filed on May 5, 2005, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for May 23, 2005, is continued to July 11, 2005, at 9:00 a.m. A further joint status report shall be filed no later than June 27, 2005.[1]

        Plaintiff is hereby notified that this action may be dismissed without prejudice under Fed. R. Civ. P. 4(m) as to any defendant not served by June 27, 2005. To avoid dismissal, a

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

1 | proof of service shall be filed for each defendant no later than
2 | June 27, 2005.
3 |      If Plaintiff believes it has good cause to justify extension
4 | of Rule 4(m)'s 120-day service period for any defendant, it shall file
5 | a declaration no later than June 27, 2005, showing "good cause" why
6 | the action should not be dismissed without prejudice as to that
7 | defendant.
8 |
9 |      IT IS SO ORDERED.
10 | Dated:  May 17, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2