UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPLORER INSURANCE COMPANY, | CIV. S-05-369 GEB DAD |
| Plaintiff, | |
| v. | ORDER |
| ANDREW NOLEN; RYLEE NOLEN; RICHARD STEVEN DOWELL; JAMES F. BUMB; JAMES W. BUMB, dba BUMB CONSTRUCTION; BUMB CONSTRUCTION; | |
| Defendants. | |

At the status hearing held in this case July 11, 2005, it was determined the case is not ready to be scheduled. Therefore, a further status conference is scheduled on September 19, 2005, at

///
///
///
///
///
///
///
///

1

9:00 a.m.  A joint status conference report shall be filed no later than September 6, 2005.[1]

IT IS SO ORDERED.

Dated:  July 11, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2