IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPLORER INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>     v.<br><br>ANDREW NOLEN, RYLEE NOLEN,<br>RICHARD STEVEN DOWELL, JAMES F.<br>BUMB, JAMES W. BUMB dba BUMB<br>CONSTRUCTION, BUMB CONSTRUCTION,<br>and DOES 1 through 10, and<br>COMPANIES RED, WHITE, and BLUE,<br><br>                    Defendants. | 2:05-cv-00369-GEB-DAD<br><br>ORDER RE SETTLEMENT<br>AND DISPOSITION |

On December 20, 2005, Plaintiff filed a "Notice of Settlement" which states this case has settled. The parties have until 4:30 p.m. on January 11, 2006, to either file a document dismissing this action or a proposed order which could effect dismissal. See L.R. 16-160(b). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice and a dismissal order may be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  December 21, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge